## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

POSH BEAUTY GROUP LLC as successor in interest to NEW LOOK LASER MEDICAL FRANCHISING, INC. d/b/a SKINOVATIO,

        Plaintiff,

v.

MT & ZU VENTURES LLC, FAHAD ZUBERI, ANOOP MUMTANI, and SAAD ZUBERI,

        Defendants.

Civil Action No. 1:25-cv-13787

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Wednesday, November 19, 2025 at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Sharon Johnson Coleman or any judge sitting in her stead, in Courtroom 1241 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present **Plaintiff's Motion for Preliminary Injunction and Request for Temporary Restraining Order**, a copy of which is attached and hereby served upon you.

        Respectfully submitted,

Dated: November 13, 2025

        /s/ *George P. Apostolides*
        George P. Apostolides
        Bethany Beaver
        **SAUL EWING LLP**
        161 North Clark Street, Suite 4200
        Chicago, IL 60601
        (312) 876-7100
        Email: George.apostolides@saul.com
        Email: Bethany.beaver@saul.com

Brett M. Buterick (Pro Hac Vice)
Thomas Emmons*
THE FRANCHISE FIRM LLP
225 Wilmington West Chester Pike, Suite 200
Chadds Ford, Pennsylvania 19317
(215) 965-9499

Email: brett@thefranchisefirm.com
Email: tom@thefranchisefirm.com

*Pro hac vice forthcoming

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 13, 2025, I electronically filed the foregoing Notice of Motion with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system.

I further certify that I caused a copy of the foregoing to be Notice of Motion, to be emailed to counsel indicating it is currently representing Defendants, Sorin Leahu, Esq. (sleahu@leahulaw.com).

Dated: November 13, 2025        /s/ *George P. Apostolides*
                                    George P. Apostolides

56719155.1